**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38277 |
| | § | |
| MICHAEL C SCHMITZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/27/2015, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/23/2015              By:  /s/ David P. Leibowitz
                                           Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38277 |
| | § | |
| MICHAEL C SCHMITZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $7,158.00
*and approved disbursements of*      $1,395.84
*leaving a balance on hand of[1]:*      $5,762.16

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $5,762.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,328.52 | $0.00 | $1,328.52 |
| David P. Leibowitz, Trustee Expenses | $3.54 | $0.00 | $3.54 |

Total to be paid for chapter 7 administrative expenses:      $1,332.06
Remaining balance:      $4,430.10

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $4,430.10

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,430.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,573.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $12,597.51 | $0.00 | $2,586.90 |
| 2 | Credit First NA | $651.69 | $0.00 | $133.82 |
| 3 | Portfolio Recovery Associates, LLC | $8,324.20 | $0.00 | $1,709.38 |

|  | Total to be paid to timely general unsecured claims: | $4,430.10 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 14-38277-JBS
Michael C Schmitz                                                       Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 2                  Date Rcvd: Sep 24, 2015
                               Form ID: pdf006              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2015.
db             +Michael C Schmitz,    8545 S. Normandy Ave.,    Burbank, IL 60459-2353
22546557       +Blatt, Hasenmiller, Leibsker,    Bankruptcy Dept.,    125 S. Wacker Dr. Suite 400,
                 Chicago,IL 60606-4440
22546574       +CBCS,    Bankruptcy Dept.,    PO Box 2589,    Columbus,OH 43216-2589
22546551       +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,   Carol Stream,IL 60197-5253
22546559       +Chase Bank,    Bankruptcy Dept.,    PO Box 15298,    Wilmington,DE 19850-5298
22546565       +Clerk, First Mun Div,    Doc# 13-M1-103891,    50 W. Washington St., Rm. 1001,
                 Chicago,IL 60602-1316
22546556       +Clerk, First Mun Div,    Doc# 13-M1-142884,    50 W. Washington St., Rm. 1001,
                 Chicago,IL 60602-1316
22546568       +Clerk, First Mun Div,    Doc# 12-M1-142680,    50 W. Washington St., Rm. 1001,
                 Chicago,IL 60602-1316
22546573       +Credit First NA,    BK 13 Credit Operations,    PO Box 818011,   Cleveland,OH 44181-8011
23395190       +Credit First NA,    Po Box 818011,   Cleveland, OH 44181-8011
22546561       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta,GA 30374-0241
22546562       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen,TX 75013-2002
22546552       +Firstsource Advantage, LLC,    Bankruptcy Dept.,    205 Bryant Woods South,
                 Amherst,NY 14228-3609
22546553       +HSBC,    Bankruptcy Dept.,    PO Box 5253,   Carol Stream,IL 60197-5253
22546576       +HSBC Retail Credit,    Bankruptcy Dept.,    PO Box 5257,   Carol Stream,IL 60197-5257
22546572       +Illinois Title Loans Inc.,    Bankruptcy Department,    8238 S. Cicero Ave.,
                 Burbank,IL 60459-1510
22546554       +John Schmitz,    8545 S. Normandy Ave.,    Burbank,IL 60459-2353
22546570       +Linda Schmit,    9537 S. Normandy,    Oak Lawn,IL 60453-2129
22546563       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester,PA 19016-1000
22546564        US Postal Service FCU,    Attn: Bankruptcy Dept.,    7095 Malcolm Rd 4Th Fl,   Clinton,MD 20735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22546566       +E-mail/Text: www@arthuradler.com Sep 25 2015 01:18:49      Adler & Associates,
                 Bankruptcy Dept.,    25 E. Washington St., #500,    Chicago,IL 60602-1703
22546569       +E-mail/Text: mmeyers@blittandgaines.com Sep 25 2015 01:19:48       Blitt and Gaines, PC,
                 Bankruptcy Dept.,    661 Glenn Ave.,    Wheeling,IL 60090-6017
22546558       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2015 01:18:30      Chase Bank,   C/O Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
22546567        E-mail/PDF: mrdiscen@discover.com Sep 25 2015 11:30:00      Discover Bank,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington,DE 19850
22546571        E-mail/PDF: mrdiscen@discover.com Sep 25 2015 11:30:00      Discover Bank,   Bankruptcy Dept.,
                 PO Box 8003,    Hilliard,OH 43026
23297952        E-mail/PDF: mrdiscen@discover.com Sep 25 2015 11:30:00      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
22546555       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2015 01:03:07
                 GE Capital Retail Bank,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                 Norfolk,VA 23502-4962
22546575       +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2015 01:02:42       GE Capital Retail Bank,
                 Bankruptcy Dept.,    170 Election Road, Suite 125,    Draper,UT 84020-6425
22546560       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2015 01:18:30      Midland Credit Management,
                 Bankruptcy Dept.,    8875 Aero Dr., Ste. 200,    San Diego,CA 92123-2255
23595195        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2015 01:32:33
                 Portfolio Recovery Associates, LLC,    Successor to GE CAPITAL RETAIL BANK,   (SAM'S CLUB),
                 POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2             Date Rcvd: Sep 24, 2015
                              Form ID: pdf006            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul F Jensen    on behalf of Debtor Michael C Schmitz ndil@geracilaw.com
                                                                                           TOTAL: 3
```