UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Michael C Schmitz, | ) | Case No. 14 B 38277 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |

**NOTICE OF WITHDRAWAL**

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE AND DISCHARGE TRUSTEE (Document #23)** previously filed on January 11, 2016 is withdrawn.   It is withdrawn because the document was filed on the wrong case in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

**CERTIFICATE OF SERVICE**

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on January 11, 2016, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on January 11, 2016.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David P. Leibowitz
dliebowitz@lakelaw.com

Paul F. Jensen
ndil@geracilaw.com

**Parties Served via First Class Mail:**
Michael C. Schmitz
8545 S. Normandy Avenue
Burbank, IL   60459